IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| VS. | NO. 4:13CR00315 BRW | |
| ALVIN GREGORY ALLEN | | DEFENDANT |

### ORDER

Upon request of Assistant U. S. Attorney Linda Lipe, a writ of habeas corpus *ad prosequendum* was issued by the Court on this date regarding the transport of Defendant Alvin Gregory Allen for proceedings on February 6, 2015, before the Honorable Billy Roy Wilson.

The Court has now been informed that a Writ is not needed. Accordingly, the writ of habeas corpus *ad prosequendum* is withdrawn. The Clerk of Court is directed to provide a copy of this Order to the United States Marshal Service.

Dated this 4th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE